UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| INDIANA BELL TELEPHONE COMPANY, INC., <br><br> Plaintiff, <br><br> v. <br><br> DAVID LOTT HARDY, DAVID W. HADLEY, LARRY S. LANDIS, GREGORY D. SERVER, AND DAVID E. ZIEGNER, in their Official Capacities as Commissioners of the Indiana Utility Regulatory Commission and Not as Individuals, <br><br> Defendants. | CASE NO. 1:06-cv-0919-DFH-TAB |

ENTRY ON THE MERITS

Indiana Bell Telephone Company, Inc. challenges an order by the Indiana Utility Regulatory Commission implementing regulations prescribed by the Federal Communications Commission. The parties have presented the case for final decision on a stipulated record. In *Illinois Bell Telephone Co. v. Box*, — F.3d —, 2008 WL 2151573 (7th Cir. May 23, 2008), the Seventh Circuit recently addressed precisely the same issues that Indiana Bell has raised here. Following *Illinois Bell*, this court: (a) affirms the decision of the Indiana Utility Regulatory Commission requiring incumbent local exchange carriers like Indiana Bell to allow competitive local exchange carriers to use entrance facilities for interconnection purposes at "TELRIC" (total element long-run incremental cost) rates; and (b) finds that the

-2-

Indiana Utility Regulatory Commission erred by requiring incumbent local exchange carriers to provide fiber-to-the-home, fiber-to-the-curb, and hybrid loops on an unbundled basis for non-mass market customers. Accordingly, the court shall issue a permanent injunction prohibiting defendants from enforcing the portion of the Indiana Utility Regulatory Commission's order requiring incumbent local exchange carriers to provide fiber-to-the-home, fiber-to-the-curb, and hybrid loops on an unbundled basis for non-mass market customers.

So ordered.

Date: June 4, 2008

_____
DAVID F. HAMILTON, CHIEF JUDGE
United States District Court
Southern District of Indiana

Copies to:

J. Tyson Covey
MAYER BROWN LLP
jcovey@mayerbrown.com

Demetrios G. Metropoulos
MAYER BROWN LLP
demetro@mayerbrown.com,tsarlo@mayerbrown.com

Bonnie K. Simmons
AMERITECH INDIANA
bs7879@att.com,ky2876@att.com

David L. Steiner
INDIANA STATE ATTORNEY GENERAL
dsteiner@atg.state.in.us