UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| INDIANA BELL TELEPHONE COMPANY, INC., | )<br>)<br>) |
| Plaintiff, | )<br>) |
| v. | ) CASE NO. 1:06-cv-0919-DFH-TAB<br>) |
| DAVID LOTT HARDY, DAVID W. HADLEY, LARRY S. LANDIS, GREGORY D. SERVER, AND DAVID E. ZIEGNER, in their Official Capacities as Commissioners of the Indiana Utility Regulatory Commission and Not as Individuals, | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) |
| Defendants. | ) |

FINAL JUDGMENT AND PERMANENT INJUNCTION

The court having this day issued its entry on the merits of this action, it is hereby ORDERED, ADJUDGED, AND DECREED:

1. That plaintiff Indiana Bell Telephone Company, Inc. take nothing by its challenge to the portions of the Indiana Utility Regulatory Commission's order in Cause No. 42857 (Jan. 11, 2006) requiring incumbent local exchange carriers to allow competitive local exchange carriers to use entrance facilities for interconnection purposes at "TELRIC" (total element long-run incremental cost) rates; and

-2-

2. That defendants David Lott Hardy, David W. Hadley, Larry S. Landis, Gregory D. Server, and David E. Ziegner are hereby PERMANENTLY ENJOINED AND PROHIBITED, in their official capacities as members of the Indiana Utility Regulatory Commission, from enforcing against plaintiff Indiana Bell Telephone Company, Inc. the portions of the the Indiana Utility Regulatory Commission's order in Cause No. 42857 (Jan. 11, 2006) requiring incumbent local exchange carriers to provide competing local exchange carriers with unbundled access to fiber-to-the-home, fiber-to-the-curb, and hybrid loops for non-mass market customers.

Date: June 4, 2008

_____
DAVID F. HAMILTON, CHIEF JUDGE
United States District Court
Southern District of Indiana

Laura Briggs, Clerk
United States District Court

_____
By:  Deputy Clerk

-3-

Copies to:

J. Tyson Covey
MAYER BROWN LLP
jcovey@mayerbrown.com

Demetrios G. Metropoulos
MAYER BROWN LLP
demetro@mayerbrown.com,tsarlo@mayerbrown.com

Bonnie K. Simmons
AMERITECH INDIANA
bs7879@att.com,ky2876@att.com

David L. Steiner
INDIANA STATE ATTORNEY GENERAL
dsteiner@atg.state.in.us